UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEGAL REAL ESTATE, LLC and MADILYN GREINER,

Plaintiffs,

v.

Case Number 24-10278
Honorable David M. Lawson

COUNTY OF MACOMB,

Defendant.
______________________________________/

**ORDER OF DISMISSAL AND ORDER STRIKING IMPROPER FILING**

On April 9, 2024, the parties filed a stipulation to dismiss the case. The stipulation incorporated a proposed order, which the parties apparently wanted the Court to sign and enter. The inclusion of the proposed order was improper because such orders never should be filed by counsel on the electronic docket. E.D. Mich. LR 7.1 cmt. (citing Elec. Filing Pols. & Procs. R 11(a)). Proposed orders should be submitted to the Court through the CM/ECF Utilities function. The stipulation also was not formatted in accordance with the applicable court rules. *See* E.D. Mich. LR 5.1(a)(2) ("All papers must be on 8 1/2 x 11 inch white paper of good quality, plainly typewritten, printed, or prepared by a clearly legible duplication process, *and double-spaced*, except for quoted material and footnotes.") (emphasis added). The parties subsequently filed a second, properly submitted stipulation to dismiss.

Accordingly, it is **ORDERED** that the parties' first stipulation to dismiss the complaint (ECF No. 14) is **STRICKEN**.

It is further **ORDERED**, pursuant to the second stipulation of the parties (ECF No. 15), that all of the plaintiffs' claims under federal law are **DISMISSED WITH PREJUDICE**, and all of the claims under state law are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the defendant's motion to dismiss (ECF No. 13) is **DISMISSED** as moot.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: April 30, 2024